976 A.2d 382

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TERRELL JACKSON, DEFENDANT–PETITIONER.

July 15, 2009.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Alonzo Hill*, 199 *N.J.* 545, 974 *A.*2d 403 (2009).